IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40924
Conference Calendar
_____

TRACEY W. MURPHY,
a/k/a Shakim Supreme,

                                        Plaintiff-Appellant,

versus

UNIDENTIFIED RAMIREZ, Lt.;
CURTIS STARR, CO III,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-162
- - - - - - - - - -
April 17, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Tracey W. Murphy appeals the dismissal of his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies. We have examined Murphy's arguments and the record and find no error in the reasons stated by the magistrate judge. Murphy v. Unidentified Ramirez, No. 6:95-CV-162 (E.D. Tex. Nov. 8, 1995). Murphy's appeal is dismissed as frivolous. 5th Cir. R. 42.2.

We caution Murphy that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Murphy is further cautioned to review any pending

Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTION WARNING ISSUED.